IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.P., *a minor child, by and through his mother*, NATALIE PROSHEK,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN BURKE, M.D., *in his Official Capacity as Commissioner of the Georgia Department of Community Health*,<br><br>Defendant. | CIVIL ACTION<br>1:25-cv-00209-TRJ |

**PLAINTIFF'S MOTION TO STAY ALL LITIGATION DEADLINES**

Plaintiff, by and through his counsel of record, respectfully moves the Court for an order staying all litigation deadlines in this action until further order of the Court or, in the alternative, for thirty (30) days following the issuance of the Court's forthcoming disqualification order. Plaintiff's counsel is filing this motion to protect the interests of the minor Plaintiff until successor counsel is retained. In support of his motion, Plaintiff shows the Court as follows:

1. On June 15, 2026, following an evidentiary hearing on June 12, 2026, at which the Court found misconduct warranting disqualification of Plaintiff's

counsel, the Court entered an order staying all litigation deadlines in this action until July 17, 2026, or until further order of the Court "to give Plaintiff an opportunity to either retain new counsel or seek appointed counsel by the Court." [Doc. 127].

2. The Court's order also directed Plaintiff by June 30, 2026, to either have a new attorney file a notice of appearance in this matter or file a request seeking appointment of counsel by the Court. [*Id*.].

3. The Court's order excepted Defendant's deadline to submit a request for attorney's fees from the stay, and Defendant subsequently filed a motion for attorney's fees on June 22, 2026. [Doc. 128].

4. On June 30, 2026, Plaintiff filed a motion seeking an extension of the deadline to secure new counsel or request appointed counsel. [Doc. 132].

5. In a docket entry dated June 30, 2026, the Court granted Plaintiff's motion to extend the deadline to secure new counsel or request appointed counsel to within seven (7) days of the issuance of the disqualification order.

6. On July 23, 2026, Plaintiff's counsel emailed the Court's designated email address (TRJ_CRD@gand.uscourts.gov), with a copy to Defendant's counsel, requesting permission to file a motion seeking an extension of the stay of

all litigation deadlines until further order of the Court or, in the alternative, for 30 days following the issuance of the disqualification order.

7. Plaintiff's counsel emailed Defendant's counsel on July 24, 2026, seeking Defendant's consent to a motion seeking an extension of the stay of all litigation deadlines in this matter. As of the time of the filing of this motion, Defendant's counsel has not responded to Plaintiff's counsel's email.

8. A stay of all litigation deadlines is necessary to prevent any prejudice to Plaintiff due to a lack of counsel and to ensure that any successor or court-appointed counsel will have sufficient time to prepare to litigate this action including preparing a response to Defendant's pending motion for attorney's fees.

9. Entering a stay will not prejudice Defendant, as discovery in this case is stayed and Defendant's motion for attorney's fees has been filed.

Accordingly, Plaintiff respectfully requests the Court enter a stay of all litigation deadlines in this matter until further order of the Court or, in the alternative, for thirty (30) days following the issuance of a disqualification order to ensure new counsel will have adequate time to prepare for and continue the litigation of this case and to file a response to Defendant's motion for attorney's fees.

Respectfully submitted this 27th day of July, 2026.

s/ Joshua H. Norris
Georgia Bar No. 545854

**Law Office of Joshua H. Norris, LLC**
One West Court Square
Suite 750
Decatur, Georgia 30030
Telephone: (404)867-6188
Facsimile: (404)393-9680
E-mail: josh.norris@childrenshealthlaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **Plaintiff's Motion to Stay All Litigation Deadlines** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 27th day of July, 2026.

*/s/* Joshua H. Norris
Georgia Bar No. 545854

***Attorney for Plaintiff***